FILED

01/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0215

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0215

CITY OF MISSOULA,

Plaintiff and Appellee,

v.

JOHN RAY ADAMS,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 26, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 14 2021